## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | 2:08-cv-03872-JHN-FMOx | Date | March 25, 2010 |
|---|---|---|---|
| Title | Roxbury Entertainment v. Penthouse Media Group, Inc. et al | | |

| Present: The Honorable | JACQUELINE H. NGUYEN | | |
|---|---|---|---|
| Alicia Mamer | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:**   ORDER TO SHOW CAUSE  (In Chambers)

This matter is before the Court on Defendants' Motion to Declare Case "Exceptional" and for Award of Attorneys' Fees (docket no. 201), filed on January 4, 2010, and Plaintiff and Counterdefendant's Motion for Summary Judgment on Defendants' Counterclaims (docket no. 147), filed on October 5, 2009.  The hearing on these motions were previously removed from the Court's calendar.

On November 20, 2008, this Court denied a request to stay this litigation pending resolution of the Trademark Trial and Appeal Board ("TTAB") proceedings Defendants initiated, seeking cancellation of Plaintiff's registrations of the "Route 66" mark, after Plaintiff's Complaint and Defendants' Answer were filed in this litigation.  This litigation proceeded and, on November 9, 2009, the Court granted summary judgment in favor of Defendants on Plaintiff's infringement and related claims, dismissing Plaintiff's Complaint on the ground that "Defendants' use of 'Route 66' in or as the title of their adult film is protected by the First Amendment."  Nov. 9, 2009 Order at 9:11-13.  After that ruling, only Defendants' counterclaims remained pending in this litigation.

With their March 9, 2010 Status Report, advising the Court of the failure of settlement negotiations regarding the counterclaims, the parties ask the Court to restore Plaintiff's Motion for Summary Judgment on Defendants' Counterclaims and Defendants' Motion to Declare Case "Exceptional to the Court's calendar for hearing.  However, the Court notes that, in a footnote in their Opposition to Plaintiff's Motion for Summary Judgment, Defendants reference the Court's discretion to permit Defendants' counterclaims for cancellation to proceed before the("TTAB").

In light of the current procedural posture of this action and the nature of the counterclaims that remain before the Court, the parties are hereby ORDERED TO SHOW CAUSE in writing (briefs not to exceed 15 pages in length) not later than **April 19, 2010**, why this Court should not exercise its discretion to stay this litigation in order to permit the TTAB to resolve the cancellation proceedings initiated by Defendants.  Additionally, the parties are asked to address in their briefing (a) the anticipated duration of the TTAB proceedings and (b) the effect or prejudice, if any, that the timing of the TTAB proceedings

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:08-cv-03872-JHN-FMOx | Date | March 25, 2010 |
|---|---|---|---|
| Title | Roxbury Entertainment v. Penthouse Media Group, Inc. et al | | |

may have on the parties if the Court were to stay this action pending TTAB's adjudication of the cancellation issues. Finally, the parties are hereby ORDERED to meet and confer not later than **April 12, 2010** regarding the issues raised in this Order.

IT IS SO ORDERED.

|  |  | : | N/A |
|---|---|---|---|
|  | Initials of Preparer | AM | |